IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FREDERICK W. SMITH, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-70-CFC-SRF |
| | ) | |
| CHRISTIANA CARE HEALTH | ) | |
| SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before me are Plaintiff's objections (D.I. 12) to the Magistrate

Judge's Report and Recommendation issued on April 14, 2026 (D.I. 10). The

Magistrate Judge recommended in her Report and Recommendation that I dismiss

with prejudice Plaintiff's claims against defendant Christiana Care Health Services

as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and decline to

exercise supplemental jurisdiction.

I have reviewed the Report and Recommendation and Plaintiff's objections.

Plaintiff argues that he did not consent to the Magistrate handling this

matter. But his consent was not necessary, as the Magistrate Judge had the

authority to make her findings and recommendation under 28 U.S.C.

§ 636(b)(1)(B).

I review the Magistrate Judge's findings and recommendations de novo.

§ 636(b)(1); see also Fed. R. Civ. P. 72(b)(3); *Brown v. Astrue*, 649 F.3d 193, 195 (3d Cir. 2011).

I agree with the Magistrate Judge's thorough analysis and conclusions and will therefore adopt the Report and Recommendation and overrule Plaintiff's objections.

NOW THEREFORE, at Wilmington on this Sixteenth Day of April in 2026, it is HEREBY ORDERED that:

1. Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (D.I. 12) are OVERRULED;

2. The Report and Recommendation (D.I. 10) is ADOPTED;

3. Plaintiff's claims against defendant Christiana Care Health Services are DISMISSED WITH PREJUDICE as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).   Amendment is futile.

4. The Court declines to exercise supplemental jurisdiction.

5. Plaintiff's motion for e-filing rights (D.I. 5) is DENIED as moot.

6. The Clerk of Court is directed to CLOSE the case.

_____
UNITED STATES DISTRICT JUDGE

2